UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

_____

RICHARD MALAVENDA,

    Plaintiff,

CASE NO.:

NCO FINANCIAL SYSTEMS, INC.,

    Defendant.

_____/

**NOTICE OF REMOVAL**

NOW INTO COURT, through undersigned counsel, come defendant, NCO Financial Systems, Inc. (NCO), which hereby removes from the County Court in and for Miami-Dade County, Florida, the following described lawsuit, and respectfully states as follows:

1. NCO is a defendant in the civil action filed by plaintiff, Richard Malavenda, in the County Court in and for Miami-Dade County, Florida, captioned as *Richard Malavenda v. NCO Financial Systems, Inc.*, Case No. 10-13680-CC-25 (hereinafter the "State Court Action").

2. Pursuant to 28 U.S.C. §§ 1441 and 1446, NCO removes the State Court Action to this Court, which is the federal judicial district in which the State Court Action is pending.

3. The complaint in the State Court Action (hereinafter the "State Court Action Complaint") asserts claims under the Fair Debt Collection Practices Act (FDCPA), 15 U.S.C. § 1692 *et. seq.*

4.  Removal of the State Court Action is proper under 28 U.S.C. § 1441. If the action had originally been brought in this Court, this Court would have original, federal question jurisdiction over plaintiff's FDCPA claims per 28 U.S.C. § 1331, 15 U.S.C. § 1681p and 15 U.S.C. § 1692k.

5.  Pursuant to 28 U.S.C. § 1446(b), NCO has timely filed this Notice of Removal. Plaintiff's Complaint was served on December 28, 2010. This Notice of Removal is filed within 30 days of receipt of the State Court Action Complaint by NCO and is, therefore, timely filed under 28 U.S.C. § 1446(b).

6.  A copy of all process, pleadings and orders served upon NCO in the State Court Action is being filed with this Notice and is attached as Exhibit 1.

WHEREFORE, NCO Financial Systems, Inc. removes the case styled *Richard Malavenda v. NCO Financial Systems, Inc.*, Case No. 10-13680-CC-25, from the County Court in and for Miami-Dade County, Florida, on this ___ day of January, 2011.

Respectfully Submitted,


/s/ Kenneth C. Grace
Kenneth C. Grace, Esq.
Florida Bar No.: 0658464
Elizabeth Fite Blanco, Esq.
Florida Bar No.: 0644439
Dayle M. Van Hoose, Esq.
Florida Bar No.: 016277
SESSIONS, FISHMAN, NATHAN & ISRAEL, LLC
3350 Buschwood Park Drive, Ste. 195
Tampa, Florida  33618
Telephone No.: (813) 890-2465
Facsimile No.: (866) 466-3140
kgrace@sessions-law.biz
eblanco@sessions-law.biz
dvanhoose@sessions-law.biz

Counsel for NCO Financial Systems, Inc.


**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the _____ day of January, 2011 a copy of the foregoing document was sent via ECF to:

Erik Kardatzke, Esq.
Debt Defense, P.L. – A Law Firm
6915 Red Road, Suite 200
Coral Gables, Florida 33143


/s/ Kenneth C. Grace
Kenneth C. Grace, Esq.


\\sfnfs02\prolawdocs\6947\6947-26907\Malavenda, Richard\332317.doc