# EXHIBIT 1



**Service of Process Transmittal**
12/28/2010
CT Log Number 517802677

| | |
|---|---|
| **TO:** | Tracey Wild, Vice President<br>NCO Financial Systems, Inc.<br>150 Crosspoint Parkway, Crosspoint Business Park<br>Getzville, NY 14068- |
| **RE:** | **Process Served in Florida** |
| **FOR:** | NCO Financial Systems, Inc. (Domestic State: PA) |

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Richard Malavenda, Pltf. vs. NCO Financial Systems, Inc., Dft. |
| **DOCUMENT(S) SERVED:** | Summons, Complaint |
| **COURT/AGENCY:** | Miami-Dade County Circuit Court, FL<br>Case # 10-13680CC25 |
| **NATURE OF ACTION:** | Violation of Fair Debt Collection Practices Act - Dft. gave a false sense of urgency demanding the Pltf. return the call |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Plantation, FL |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 12/28/2010 at 13:30 |
| **APPEARANCE OR ANSWER DUE:** | Within 20 days after service, exclusive of the day of service |
| **ATTORNEY(S) / SENDER(S):** | Erik Kardatzke<br>Debt Defense, P.L. - A Law Firm<br>6915 Red Road, Suite 200<br>Coral Gables, FL 33143<br>305-444-4323 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 12/28/2010, Expected Purge Date: 01/02/2011<br>Image SOP<br>Email Notification, Tracey Wild Tracey.Wild@ncogroup.com<br>Email Notification, Michelle Lyon MLYON@SESSIONS-LAW.biz<br>Email Notification, Becky Penski Becky.Penski@ncogroup.com<br>Email Notification, Kathleen Treuil ktreuil@sessions-law.biz<br>Email Notification, Cathy McTyere cathy.mctyere@ncogroup.com<br>Email Notification, Judy Wilson judy.wilson@ncogroup.com |
| **SIGNED:** | C T Corporation System |
| **PER:** | Donna Moch |
| **ADDRESS:** | 1200 South Pine Island Road<br>Plantation, FL 33324 |
| **TELEPHONE:** | 954-473-5503 |

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

| IN THE COUNTY COURT OF THE ELEVENTH JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY FLORIDA ||||
|---|---|---|---|
| **DIVISION: CIVIL** | **SUMMONS** (20 Day Corporate Service) || **CASE NUMBER** 10-13680CC25 |
| **PLAINTIFF(S)** RICHARD MALAVENDA | **VS. DEFENDANT(S)** NCO FINANCIAL SYSTEMS, INC. || **CLOCK IN** |

DATE: 12-28-10  TIME: 1:30

THE STATE OF FLORIDA

ERIC DEAL  S.P.S. #336

You ARE COMMANDED to serve this summons and a copy of the complaint or petition in this action on defendant(s):

**CT CORPORATION SYSTEM c/o NCO FINANCIAL SYSTEMS, INC.**
1200 South Pine Island Road
Plantation, FL 33324

Each defendant is required to serve written defenses to the complaint or petition on Plaintiff's Attorney:

Debt Defense, P.L.
Erik Kardatzke, Esquire
6915 Red Road, Ste 200
Coral Gables, FL 33143

Within 20 days after service of this summons on that defendant, exclusive of the day of service, Saturdays, Sundays and Legal Holidays, and to file the original of the defenses with the Clerk of Court either before service on the Plaintiff's attorney or immediately thereafter. If defendant fails to do so, a default will be entered against that defendant for the relief demanded in the complaint or petition.

| **HARVEY RUVIN CLERK OF COURTS** | BY: _____ DEPUTY CLERK | **DATE** DEC 27 2010 |
|---|---|---|

AMERICANS WITH DISABILITIES ACT OF 1990
IN ACCORDANCE WITH THE AMERICANS WITH DISABILITIES ACT OF 1990, PERSONS NEEDUNG A SPECIAL ACCOMODATION TO PARTICIPATE IN THIS PROCEEDING SHOULD CONTACT THE COURT ADA COORDINATOR, NO LATER THAT 7 DAYS PRIOR TO THE PROCEEDINGS AT (305) 349-7174 (TDD)

IN THE COUNTY COURT IN AND FOR
MIAMI-DADE COUNTY, FLORIDA

CASE NO.:

10-18680CC25(02)

RICHARD MALAVENDA

v.

NCO FINANCIAL SYSTEMS, INC.

_____/



THE ORIGINAL FILED
ON DEC 23 2010
IN THE OFFICE OF
CIRCUIT COURT CASE GO
CIVIL DIVISION

**COMPLAINT**
**(JURY TRIAL DEMANDED)**

COMES NOW, Plaintiff, who claims as follows:

1. A jury trial is demanded.

2. This is an action for more than $5,000.00, but less than $15,000.00 and is within the jurisdiction of this court.

3. Venue is proper because the actions occurred in this county.

4. Plaintiff ("RICHARD MALAVENDA") is a "consumer" as that term is defined by the Fair Debt Collection Practices Act (hereinafter "FDCPA"), 15 U.S.C. §1692a(3).

5. RICHARD MALAVENDA is a natural person allegedly obligated to pay a debt to the defendant.

6. The obligation which defendants allege RICHARD MALAVENDA is obligated to pay is a "debt" as that term is defined by the FDCPA, 15 U.S.C. §1692a(5).

7. The defendant is a "debt collector" as that term is defined by 15 U.S.C. §1692a(6).

8. The defendant contacted RICHARD MALAVENDA without disclosing that the call was an attempt to collect a debt or that the defendant was a debt collector as required by 15 U.S.C. 1692e(11).

9. The defendant made telephone calls and left a voice-mail messages omitting the disclosure required by law that the defendant was, in fact, a debt collector and that the call was an attempt to collect a debt.

10. The defendant also gave a false sense of urgency demanding that the RICHARD MALAVENDA return the call the same day.

11. PLAINTIFF suffered damages.

12. The Fair Debt Collection Practices Act, §1692k provides for actual damages, statutory damages up to One-thousand dollars ($1,000.00), costs of this action, and reasonable attorney's fees for any violation of the Act.

WHEREFORE, RICHARD MALAVENDA respectfully prays that this Court enter a judgment against the defendant for actual damages, statutory damages in the amount of one-thousand dollars ($1,000.00) for violations of the Fair Debt Collection Practices Act, costs of this action, and any and all such additional and further relief as this Court deems just or proper in the circumstances.

_____
Erik Kardatzke, Esq. FBN 17862
Debt Defense, P.L. – A Law Firm
6915 Red Road, Suite 200
Coral Gables, Florida 33143
Tel.: (305) 444-4323

IN THE COUNTY COURT OF THE ELEVENTH JUDICIAL CIRCUIT
IN AND FOR MIAMI-DADE COUNTY FLORIDA

RICHARD MALAVENDA,

        Plaintiff,

CASE NO.: 10-13680-CC-25

v.

NCO FINANCIAL SYSTEMS, INC.,

        Defendant.
_____/

**NOTICE OF UNAVAILABILITY OF COUNSEL FOR
DEFENDANT, NCO FINANCIAL SYSTEMS, INC.**

To the Clerk of the Court and all other parties:

Please be advised that I, Kenneth C. Grace, lead counsel for defendant, NCO Financial Systems, Inc., will be unavailable from January 28, 2011 through February 7, 2011. Please do not file any pleadings, issue any discovery, schedule any hearings or conferences, or cause there to be any deadlines or appearances during my absence in this case until my return.

Respectfully Submitted,

_____
Kenneth C. Grace, Esq.
Fl. Bar No. 0658464
Sessions, Fishman, Nathan & Israel, LLP
3350 Buschwood Park Drive, Suite 195
Tampa, FL 33618
Telephone No.: (813) 890-3465
Facsimile No.: (866) 466-3140
kgrace@sessions-law.biz
*Counsel for NCO Financial Systems, Inc.*

2

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 17th day of January 2011 a copy of the foregoing document was sent via facsimile and U.S. Mail First Class to the following:

Erik Kardatzke, Esq.
Debt Defense, P.L.-A Law Firm
6915 Red Road, Suite 200
Coral Gables, FL 33143

Kenneth C. Grace, Esq.

\\sfnfs02\prolawdocs\6947\6947-26907\Malavenda, Richard\328013.doc

2