UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

_____

RICHARD MALAVENDA,

    Plaintiff,

                          CASE NO: 1-11-CV-20273

NCO FINANCIAL SYSTEMS, INC.,

    Defendant.
_____/

**NOTICE OF PENDING SETTLEMENT AS TO NCO FINANCIAL SYSTEMS, INC.**

Defendant, NCO Financial Systems, Inc., ("NCO") by and through its undersigned counsel, hereby submits this Notice of Pending Settlement and states that the parties have reached a verbal settlement with regard to this case and are presently drafting, finalizing, and executing the settlement and dismissal documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

Respectfully Submitted,

/s/Kenneth C. Grace
Kenneth C. Grace, Esq.
Florida Bar No.: 0658464
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
3350 Buschwood Park Drive, Suite 195
Tampa, Florida 33618-4317
Telephone No.: (813) 890-2460
Facsimile No.: (866) 466-3140
kgrace@sessions-law.biz

Counsel for NCO Financial Systems, Inc.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 31st day of January, 2011 a copy of the foregoing document was sent via ECF to:

Erik Kardatzke, Esq.
Debt Defense, P.L. – A Law Firm
6915 Red Road, Suite 200
Coral Gables, Florida 33143

/s/ Kenneth C. Grace
Kenneth C. Grace, Esq.

340398