UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:11-cv-20273- JAL

RICHARD MALAVENDA
  v.

NCO FINANCIAL SYSTEMS, INC.
_____/

## VOLUNTARY DISMISSAL

Plaintiff files this notice of voluntary dismissal with prejudice and gives notice that this matter has been resolved and can be closed.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing instrument was delivered by the ECF or US mail to Kenneth Grace, Sessions, Fishman, Nathan & Israel, LLC, at 3350 Buschwood Park Dr. #195, Tampa, FL 33618 on 3/16, 2011

Erik Kardatzke, Esq. FBN 17862
Debt Defense, P.L. – A Law Firm
6915 Red Road #200
Coral Gables, Florida 33143
Tel.: (305) 444-4323